**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **JOHN B. KIMBLE,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No.: RWT 11cv1457 |
| **RAJESH K. RAJPAL, *et al.,*** | * | |
| *Defendants*. | * | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 8th day of August, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Dismiss [ECF No. 3-1] is **GRANTED** and the Complaint is **DISMISSED without prejudice**; and it is further

**ORDERED**, that judgment for costs be entered in favor of the Defendants; and it is further

**ORDERED**, that that the Clerk is directed to **CLOSE** the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE