IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

John B. Kimble,
Plaintiff

V.                                        Civil No. RWT 11-CV1457

Rajesh Rajpal
Et al Defendants

## NOTICE OF APPEAL

Comes now, the plaintiff, John B. Kimble, pursuant to Federal Rules of Appellant Procedure to hereby Appeal the Decision of this Court dated August 8, 2012, and August 28, 2012, to the Fourth Circuit Court of Appeals.

September 17, 2012

Respectfully submitted,

John B. Kimble
Plaintiff
P.O. Box 127
Spencerville, Maryland 20868
301-408-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JOHN B. KIMBLE,** | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: RWT 11cv1457 |
| **RAJESH K. RAJPAL,** *et al.,* | * | |
| *Defendants.* | * | |

## ORDER

On August 22, 2012, Plaintiff filed a Motion for Reconsideration. *See* ECF No. 13. Upon consideration of Plaintiff's Motion for Reconsideration, the Court concluding that it is without merit, it is on this 28th day of August, 2012, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Motion for Reconsideration [ECF No. 13] is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN B. KIMBLE, | * |
| *Plaintiff*, | * |
| v. | * Case No.: RWT 11cv1457 |
| RAJESH K. RAJPAL, *et al.*, | * |
| *Defendants*. | * |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 8th day of August, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Dismiss [ECF No. 3-1] is **GRANTED** and the Complaint is **DISMISSED without prejudice**; and it is further

**ORDERED**, that judgment for costs be entered in favor of the Defendants; and it is further

**ORDERED**, that that the Clerk is directed to **CLOSE** the case.

/s/
_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE