FILED: April 1, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2152
(8:11-cv-01457-RWT)
_____

JOHN B. KIMBLE

    Plaintiff - Appellant

v.

M.D. RAJESH K. RAJPAL; SEE CLEARLY VISION LLC

    Defendants - Appellees

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Duncan, Judge Thacker and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk