FILED: April 9, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2152
(8:11-cv-01457-RWT)
_____

JOHN B. KIMBLE

      Plaintiff - Appellant

v.

M.D. RAJESH K. RAJPAL; SEE CLEARLY VISION LLC

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 2/28/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*